DM & O ENTERPRISES, INC., and Douglas Davis, Respondents,

v.

Jerry BANNER d/b/a Midwest Energy Systems, Appellant.

No. WD 67025.

Missouri Court of Appeals,
Western District.

March 13, 2007.

Steven Carl Effertz, Independence, for Appellant.

Robert Britt Carlson, Kansas City, for Respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Jerry Banner ("Banner") appeals the judgment entered in favor of DM & O Enterprises ("DM & O") on its breach of contract claim. Banner's sole argument is that DM & O improperly split its causes of action by first obtaining a judgment against Midwest Energy Systems, LLC, and then, filing a separate action against Banner d/b/a Midwest Energy Systems. He also argues that the doctrine of *res judicata* precludes the second action against him. Because we find that Midwest Energy Systems, LLC and Banner d/b/a Midwest Energy Systems are neither the same party nor in legal privity, we affirm. Rule 84.16(b).